Ex parte SAHLBERG.

No. 1734. Decided January 17, 1907 (88 Pac. 616).

Application of Emma Sahlberg for a writ of *habeas corpus*.

APPLICANT DISCHARGED.

*N. W. Sonnedecker* for petitioner.

*Benner X. Smith, Frank B. Stephens* and *James Ingebretzen* for defendant.

FRICK, J.

This is an application for a writ of *habeas corpus* to this court. A writ was duly issued directed to the sheriff of Salt Lake county requiring him to produce the person of Emma Sahlberg and show cause, if any he has, why he detained her. From both the petition and return it appears that Emma Sahlberg was sentenced to imprisonment for thirty days by a judgment of the juvenile court of Salt Lake City, for a violation of the provisions of section 7, p. 186, c. 117, Laws Utah 1905. In view of the decision just rendered by this court in the case of *Mill v. Brown,* 88 Pac. 609, the judgment and sentence in this case are void and of no effect. In view of the reasons given in the case of *Mill v. Brown,* supra, it becomes unnecessary to restate them here. Section 7

of said chapter 117 was there held to be unconstitutional and void, and it follows, therefore, that any judgment or sentence based on said section cannot be given any force or effect.

The judgment and sentence of the juvenile court are therefore set aside and annulled, and the said Emma Sahlberg is discharged from the custody of the sheriff of Salt Lake county. Neither party to recover costs.

It is so ordered.

McCARTY, C. J., and STRAUP, J., concur.